**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**BILLY MACK NICHOLS, JR.** **PLAINTIFF**
ADC #092713

**v.** **CASE NO. 2:26-CV-000125-BSM**

**GARY KERSTEIN, *et al.*** **DEFENDANT**

**ORDER**

United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 4] are adopted. Nichols's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 3rd day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE