**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**BILLY MACK NICHOLS, JR.** **PLAINTIFF**
ADC #092713

**v.** **CASE NO. 2:26-CV-000125-BSM**

**GARY KERSTEIN, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of September, 2026.

Brian S Miller
UNITED STATES DISTRICT JUDGE